# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

JAMES A. BAKER,

    Plaintiff,

    v.

AHL'S AUTO SALES, INC.;
KILLGO AUTO GROUP LLC;
HENRY AHL; BRENDA AHL;
ANTON ORLOV; and JORDAN
MORRIS,

    Defendants.

2:26-CV-028

### ORDER

By Order dated July 2, 2026, the Court ordered Plaintiff to show good cause why he has not effected service on Defendants. Dkt. No. 6. Plaintiff was warned that his "failure to comply with the Court's Order will result in dismissal of this action without prejudice." Id. Plaintiff has filed no response, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendants are **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this __17__ day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA